IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| LINDA FIELDS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-cv-4222-JPG |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiffs' Motion to Reconsider (Doc. 17) the Court's October 15, 2004, order denying their motion to consolidate this case with *Fletcher v. Illinois Department of Corrections*, Case No. 04-cv-153-GPM, which has since been consolidated into *Walker v. Illinois Department of Corrections*, Case No. 03-cv-857-WDS. The Court originally denied the plaintiffs' motion to consolidate under Federal Rule of Civil Procedure 42(a), finding that this case and *Fletcher*, now consolidated into *Walker*, do not involve substantially common issues of fact and that therefore consolidation would not serve the interest of justice or judicial economy. The Illinois Department of Corrections continues to object to the consolidation (Doc. 18).

Reconsideration of a court's ruling is not expressly authorized by the Federal Rules of Civil Procedure and is conducted at the discretion of the court. Courts have recognized that occasionally they misunderstand the parties and make errors of fact or of law. Parties should be allowed to bring such errors to the court's attention to give the court the opportunity to correct them.

In this case, the plaintiffs have presented no new evidence or argument to convince the

Court that its original ruling on the plaintiffs' motion to consolidate was in error or that circumstances have changed such that a new result is warranted. Judge Herndon's recent noting of the general rule that related cases sharing common issues should be transferred or consolidated before a single judge is not persuasive with regard to the pending motion, which seeks to consolidate cases that are not substantially factually related. *See Buller Trucking Co. v. Owner Operator Indep. Driver Risk Retention Grp.*, Case No. 05-cv-165-DHR, Doc. No. 33. For this reason, the Court **DENIES** the Motion to Reconsider (Doc. 17).

**DATED:  June 8, 2004.**

                                          s/ J. Phil Gilbert
                                          **UNITED STATES DISTRICT JUDGE**