## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA FIELDS, PAM GUNN, ROBIN HALL, and YEVETTE HAMILTON,       ) | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | )   CV NO. 03-4222-JPG ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  July 2, 2007.**

                                            **NORBERT G. JAWORSKI, Clerk**

                                            **By:S/Deborah  Agans, Deputy Clerk**

**APPROVED:     s/J. Phil Gilbert**
                     **J. PHIL GILBERT**
                     **U. S. DISTRICT JUDGE**